UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 16, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRES VALENCIA ABUNDES,

Defendant.

Case No.  2:21-mj-114-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRES VALENCIA

ABUNDES , Case No.  2:21-mj-114-CKD  Charge 21 USC §§963, 9529(a), 960(a)(1)

and 960(b) , from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

   X        Unsecured Appearance Bond $  25,000.00 co-
signed by Janet
Estrada

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):

Issued at Sacramento, California on July 16, 2021 at _2:57 pm_____

By:    /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney